SEALED
FILED
DEC 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0401 GEB |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| JACOB ANTHONY MORA, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE:   [18 U.S.C. § 2251(a) – Production of Child Pornography]

The Grand Jury charges:  T H A T

JACOB ANTHONY MORA,

defendant herein, between on or about January 15, 2013, and continuing through on or about March 1, 2013, in the County of Sacramento, State and Eastern District of California, did knowingly employ, persuade, entice, induce, and use a minor, to wit: "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, when the defendant knew and had

1

reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; when such visual depictions were produced and transmitted using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer; and when such visual depictions were actually transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO: [18 U.S.C. § 2251(a) and (e) - Attempted Production of Child Pornography]

The Grand Jury further charges: T H A T

JACOB ANTHONY MORA,

defendant herein, between on or about August 8, 2013, and continuing through on or about August 9, 2013, in Sacramento County, State and Eastern District of California, did knowingly attempt to employ, persuade, entice, induce, and use a minor, to wit: "Minor Victim 2," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, when the defendant knew and had reason to know that such visual depictions would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; when such visual depictions were produced and transmitted using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer; and when such visual depictions were actually transported and transmitted using a means

and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

<u>FORFEITURE ALLEGATION</u>:    [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1.   Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant JACOB ANTHONY MORA shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of the said violations; and any property, real or personal, used or intended to be used to commit and promote the commission of the violations, including, but not limited to:

    a.   one iPhone 5.

2.   If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

///
///

1  it is the intent of the United States, pursuant to 18 U.S.C.
2  § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of
3  any other property of said defendant, up to the value of the property
4  subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

## THE UNITED STATES OF AMERICA
vs.

### JACOB ANTHONY MORA

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) – Production of Child Pornography;
18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography;
18 U.S.C. § 2253(a) Criminal Forfeiture

A true bill,    /s/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this ___12___ day of ___DECEMBER___, A.D. 20 13

_____
Clerk

Bail, $
NO BAIL WARRANT
pending hearing        Carolyn K. Delaney

                        **Carolyn K. Delaney**
                        **U.S. Magistrate Judge**
GPO 863 525

# PENALTY SLIP

**DEFENDANT:**   **JACOB ANTHONY MORA**

## COUNT ONE

VIOLATION:   18 U.S.C. § 2251(a) – Production of Child Pornography

PENALTY:   Not more than $250,000 fine; or
Not less 15 years and up to 30 years Imprisonment, or both;
5 to Lifetime of supervised release.

## COUNT TWO

VIOLATION:   18 U.S.C. § 2251(a) and (e) – Attempted Production of Child Pornography

PENALTY:   Not more than $250,000 fine; or
Not less 15 years and up to 30 years Imprisonment, or both;
5 to Lifetime of supervised release.

## FORFEITURE ALLEGATION:

VIOLATION:   18 U.S.C. § 2253(a) - Criminal Forfeiture
PENALTY:   As stated in indictment.

ASSESSMENT:   $100 special assessment for each count