Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone:  (916) 303-2800
Facsimile:   (916) 303-2802

Attorney for Defendant
Jacob Mora

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JACOB A. MORA,<br><br>                          Defendant | CASE NO.  13-CR-0401-GEB<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; [PROPOSED] FINDINGS AND ORDER** |

**STIPULATION**

Defendant Jacob Mora, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. At the previous status conference in the above-captioned matter on December 11, 2015, and by order on December 14, 2015, this matter was set for a status conference on February 5, 2016.  See Dkt. No. 26.

2. By this stipulation, defendant now moves to continue the status conference until March 4, 2016 and to exclude time between December 11, 2015 and March 4, 2016 under Local Code T4.  The government does not object to the continuance.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The parties are in active plea negotiations, and the U.S. Attorney has

1

recently prepared a new plea offer.  Counsel desires time to review the offer with the client in custody, and also with the client's family.  Further, counsel needs additional time to review the charges and law in light of the new offer, and to review the voluminous discovery in the case, and discuss potential resolutions with his client, including proposed plea agreements and counter-offer(s).

        c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The government does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2015 to March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      February 3, 2016

                               /s/ Sherry D. Hartel Haus
                               SHERRY D. HARTEL HAUS
                               Assistant United States Attorney

DATED:     February 3, 2016

                              /s/ Hendrick S. Crowell II
                              HENDRICK CROWELL II
                              Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: February 3, 2016

                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge