Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Jacob Mora

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-0401-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING DATE, CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| JACOB A. MORA, | |
| Defendant | |

**STIPULATION**

Defendant Jacob Mora, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

On May 26, 2016, the Honorable Burrell signed the order, continuing the status conference to July 29th, 2016.  See Dkt. No. 37.

By this stipulation, defendant now moves to continue the status conference until August 19th, 2016, and to exclude time between December 11, 2015 and August 19, 2016 under Local Code T4.  The government does not object to the continuance.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Counsel for the parties met in person and had meaningful settlement negotiations, and are in the process of resolving the case pre-trial.  The defense has proposed a

1

counter offer and the U.S. Assistant Attorney and the U.S. Assistant Attorney has requested materials to be provided to the government to support mitigation.  Material settlement negotiations have continued and the defense feels that a resolution is forthcoming.  Further, new discovery has been provided to the defense in the case.

        b.        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, since the offer and counter offers contemplate conduct from thousands of pages of discovery.

        c.        The government does not object to the continuance.

        d.        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2015 to August 19, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

        4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     July 27, 2016

        /s/ Michael Anderson  
        MICHAEL ANDERSON  
        Assistant United States Attorney

DATED:    July 27, 2016

/s/ Hendrick S. Crowell II
HENDRICK CROWELL II
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: July 27, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

3