1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5




6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-0401-GEB

            Plaintiff,
12
            v.
13
   JACOB ANTHONY MORA,
14
            Defendant.
15

16

17              S U P E R S E D I N G   I N F O R M A T I O N

18 COUNT ONE: [18 U.S.C. § 2422(b) – Enticement of a Minor]

19     The United States Attorney charges: T H A T

20                        JACOB ANTHONY MORA,

21 defendant herein, between on or about January 15, 2013, continuing through on or about March 1, 2013,

22 in the Eastern District of California, did use a facility and means of interstate commerce to knowingly

23 persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual

24 activity for which any person could be charged with a criminal offense, to wit: Sexual Intercourse with

25 a Minor, in violation of California Penal Code Section 261.5(d), all in violation of Title 18, United

26 States Code, Section 2422(b).

27     FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

28     1. Upon conviction of one or more of the offenses alleged in this Superseding Information,

1  defendant JACOB ANTHONY MORA shall forfeit to the United States, pursuant to Title 18, United
2  States Code, Section 2422(b), any and all matters which contains any visual depictions produced,
3  transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting
4  or traceable to gross profits or other proceeds the defendant obtained as a result of the violation; and any
5  property, real or personal, used or intended to be used to commit and to promote the commission of such
6  violation or any property traceable to such property, including but not limited to the following:

   a. One iPhone 5.

   2. If any property subject to forfeiture, as a result of the offenses alleged in this Superseding
Information, for which defendant is convicted, cannot be located upon the exercise of due diligence; has
been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of
the Court; has been substantially diminished in value; or has been commingled with other property
which cannot be divided without difficulty, it is the intent of the United States, pursuant to 18 U.S.C. §
2428(b), to seek forfeiture of any other property of said defendant, up to the value of the property
subject to forfeiture.

Dated: 9/9/16

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael D. Anderson     MATTHEW MORRIS
MICHAEL D. ANDERSON           for
Assistant United States Attorney

## United States v. JACOB ANTHONY MORA
## Penalties for Superseding Information

**COUNT 1:**        JACOB ANTHONY MORA

VIOLATION:        18 U.S.C. § 2422(b) – Enticement of a Minor

PENALTIES:        Not less than 10 years up to life imprisonment;
A fine of up to $250,000; and
Supervised release of not less than 5 years or life.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

## FORFEITURE ALLEGATION:

VIOLATION:        18 U.S.C. § 2428(b) - Criminal Forfeiture

PENALTIES:        As stated in the charging document