Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Jacob Mora

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-0401-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| JACOB A. MORA, | |
| Defendant | |

## STIPULATION

Defendant Jacob Mora, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

By this stipulation, defendant now moves to continue the judgment and sentencing hearing to December 16, 2016. The government does not object to the continuance.

1. The parties agree and stipulate to the following disclosure schedule:

    a. The proposed Presentence Report shall be disclosed to counsel no later than: November 4, 2016.

    b. Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: November 18, 2016.

    c. The Presentence Report shall be filed with the Court and disclosed to counsel

1

          no later than November 28, 2016.

    d.    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than December 2, 2016.

    e.    Reply or Statement of Non-Opposition: December 9, 2016.

    f.    Judgment and Sentencing Date: December 16, 2016.

IT IS SO STIPULATED.

DATED:    October 20, 2016

/s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

DATED:    October 20, 2016

/s/ Hendrick S. Crowell II
HENDRICK CROWELL II
Counsel for Defendant

2

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: October 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge