Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Jacob Mora

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JACOB A. MORA,<br><br>                Defendant | CASE NO. 13-CR-0401-GEB<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING [PROPOSED] FINDINGS AND ORDER** |

**STIPULATION**

Defendant Jacob Mora, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

By this stipulation, defendant now moves to continue the sentencing hearing originally scheduled for December 16, 2016 to January 20, 2017, as defense counsel needs further time to adequately prepare and represent his client's best interests. The government does not object to the continuance.

IT IS SO STIPULATED.

DATED:     December 14, 2016

                                /s/ Michael Anderson

1

1  
2  
3  DATED: December 14, 2016  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

MICHAEL ANDERSON  
Assistant United States Attorney

/s/ Hendrick S. Crowell II  
HENDRICK CROWELL II  
Counsel for Defendant

2

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: December 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge