Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Jacob Mora

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JACOB A. MORA,<br><br>　　　　　　　　　Defendant | CASE NO.  13-CR-0401-GEB<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING [PROPOSED] FINDINGS AND ORDER** |

## STIPULATION

Defendant Jacob Mora, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

By this stipulation, defendant now moves to continue the sentencing hearing originally scheduled for January 20, 2017 to February 17, 2017, as defense counsel needs a final continuance for time to adequately prepare and represent his client's best interests at sentencing.  Counsel's vacation was in conflict, but counsel will be prepared to proceed with sentencing on February 17, 2017, and opposing counsel graciously agrees with the continuance date.

IT IS SO STIPULATED.

1

DATED: January 18, 2017

/s/ Michael Anderson
MICHAEL ANDERSON
Assistant United States Attorney

DATED: January 18, 2017

/s/ Hendrick S. Crowell II
HENDRICK CROWELL II
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: January 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3